# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL ANGEL LOPEZ,<br><br>   Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>   Defendants. | Case No. 2:23-cv-00951-JAD-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify any party or entity's citizenship attributed to Plaintiff. *See* Docket No. 3. Further, Plaintiff's certificate of interested parties does not list Plaintiff as interested party and, instead, lists individuals who appear to not be involved in this case as interested parties. *See id.*; Docket No. 2 at 5-15 (complaint).

Accordingly, Plaintiff must file an amended certificate of interested parties by July 3, 2023, fully identifying the citizenship of any party or entity attributed to Plaintiff.

IT IS SO ORDERED.

Dated: June 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1