UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL ANGEL LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00951-JAD-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] For purposes of diversity jurisdiction, a corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). A corporation's principal place of business is "the place where a corporation's officers direct, control, and coordinate the corporation's activities," i.e., the corporation's "nerve center." *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

Defendant Zurich American Insurance Company's certificate of interested parties fails to identify its principal place of business and, therefore, fails to fully identify Defendant's citizenship. *See* Docket No. 5. Accordingly, Defendant Zurich American Insurance Company must file an amended certificate of interested parties by July 3, 2023, fully identifying the citizenship of any party or entity attributed to it.

IT IS SO ORDERED.

Dated: June 26, 2023

                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.