1  Will Lemkul; NV Bar No. 6715                William C. Reeves; NV Bar No. 8235
   Bryan Baugh; NV Bar No. 16193               Kelly A. Hedberg, NV Bar No. 12224
2  **MORRIS, SULLIVAN & LEMKUL, LLP**          **MORALES FIERRO & REEVES**
   3960 Howard Hughes Parkway, Suite 400       600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89169                         Las Vegas, NV 89106
   Phone: (702) 405-8100                       Phone: (702) 699-7822
4  Fax: (702) 405-8101                         Fax: (702) 699-9455
   lemkul@morrissullivanlaw.com                wreeves@mfrlegal.com
5  baugh@morrissullivanlaw.com                 khedberg@mfrlegal.com

7  Richard A. Harris; NV Bar No. 505
   Johnathan Leavitt; NV Bar No. 13172
8  **RICHARD HARRIS LAW FIRM**
   801 South Fourth Street
9  Las Vegas, NV 89101
   Phone: (702) 444-4444
10 Fax: (702) 444-4455
   Jleavitt@richardharrislaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| GABRIEL ANGEL LOPEZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DONALD EDWARD WINTERS, an individual, TINA WINTERS, an individual., ZURICH AMERICAN INSURANCE COMPANY; DOES 1 through 20; and, ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00951<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Gabriel Lopez, by and through his attorney of record, Johnathan Leavitt of Richard Harris Law Firm, Defendant Zurich American Insurance Company, by and through its attorneys of record, William Reeves and Kelly Hedberg of the law firm of Morales Fierro & Reeves, and Defendants Donald Winters and Tina Winters, by and through their attorneys of record, Will Lemkul and Bryan Baugh of the law firm of Morris, Sullivan & Lemkul, LLP, that subject to the terms of the settlement agreements signed

1

by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| MORRIS, SULLIVAN & LEMKUL, LLP | MORALES, FIERRO & REEVES |
|---|---|
| By: <u>*/s/ Will Lemkul*</u><br>    Will Lemkul, NV Bar No. 6715<br>    Bryan Baugh, NV Bar No. 16193<br>    3960 Howard Hughes Pkwy., Suite 400<br>    Las Vegas, NV  89169 | By: <u>*/s/ William Reeves*</u><br>    William C. Reeves, NV Bar No. 8235<br>    Kelly A. Hedberg, NV Bar No. 12224<br>    600 S. Tonopah Drive, Suite 300<br>    Las Vegas, NV 89106 |
| *Attorneys for Defendants Donald Winters and Tina Winters* | *Attorneys for Defendant Zurich American Insurance Company* |

RICHARD HARRIS LAW FIRM

By: <u>*/s/ Jonathan Leavitt*</u>
    Richard Harris, NV Bar No. 505
    Johnathan Leavitt, NV Bar No. 13172
    801 South Fourth Street
    Las Vegas, NV 89101

*Attorneys for Plaintiff Gabriel Lopez*

/ / /

/ / /

/ / /

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint in Case No. 2:23-cv-00951 is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 31, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL, LLP, and that I caused a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** to be served via EC/CMF to the parties listed below on this 31st day of May, 2024.

On all parties listed on the service list:

| | |
|---|---|
| Richard Harris, Esq.<br>Johnathan Leavitt, Esq.<br>RICHARD HARRIS LAW FIRM<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>jleavitt@richardharrislaw.com<br>lucia@richardharrislaw.com<br>*Attorneys for Plaintiff* | Kelly A. Hedberg, Esq.<br>William C. Reeves, Esq.<br>MORALES FIERRO AND REEVES<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>khedberg@mfrlegal.com<br>wreeves@mfrlegal.com<br>abraun@mfrlegal.com<br>twoods@mfrlegal.com<br>*Attorneys for Zurich American Insurance Company* |

                       */s/ Sophie Inglis*
        **An Employee of Morris Sullivan Lemkul**

3